[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1201.]

DEPAULITTE, APPELLANT, *v*. DEPAULITTE, APPELLEE.

[Cite as *Depaulitte v. Depaulitte*, 2001-Ohio-229.]

*Appeal dismissed as improvidently allowed.*

(No. 00-470—Submitted December 13, 2000—Decided January 31, 2001.)

APPEAL from the Court of Appeals for Montgomery County, No. 17847.

———————————

{¶ 1} The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

———————————

*David R, Schmidt*, for appellant Jacqueline J. Depaulitte.

*Donenfeld, Botros, Kollin & Schulte* and *Richard W. Schulte*, for appellee Brian E. Depaulitte.

———————————